RECEIVED
MAR - 6 2012
TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WALTER DUBOSE | CIVIL ACTION NO. 09-1082-P |
| VERSUS | JUDGE STAGG |
| ANTHONY BATSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 6th day of March 2012.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE